Jack Samuels and Joseph Samuels, appellees, v. Samuel Dorenfeld, appellant. Gen. No. 28,109.

Suit in forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. E. M. Peavler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed. Opinion filed March 13, 1923.

Jacob Levy, for appellant. Irving S. Abrams, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Anton Chepanio, plaintiff in error. Gen. No. 28,298.

Prosecution for transporting intoxicating liquor within prohibition territory. Defendant convicted after waiver of jury trial. Error to the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed March 13, 1923.

Hermann P. Haase, for plaintiff in error. Edward J. Brundage, Floyd E. Britton and Robert E. Crowe, for defendant in error; Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

City of Chicago, appellee, v. Albert J. Moore, appellant. Gen. No. 27,943.

Prosecution for deception and fraud of a serious nature in violation of a city ordinance. Defendant found guilty and fined $100. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed. Opinion filed March 13, 1923.

George C. Otto, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Wilhelmina Anderson, appellee, v. Village of Evergreen Park, appellant. Gen. No. 28,045.

Petition for mandamus to compel payment of a judgment upon an award of the Illinois Industrial Commission under the Workmen's Compensation Act. Judgment for petitioner. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed March 13, 1923.

Alfred F. Tompkins, for appellant. Scott, Bancroft, Martin & MacLeish, for appellee; Leland K. Neeves, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

New Century Company, appellant, v. Frank Brasus and Mrs. Frank Brasus, appellees. Gen. No. 28,085.

Action for damages for refusal to accept certain flour on a contract. Verdict for defendants. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed March 13, 1923. Rehearing denied March 28, 1923.

Bassler, Bippus, Rose & Reeve, for appellant. Moss & King and Becker & Horwich, for appellees.

Mr. Justice Gridley delivered the opinion of the court.